

**EXCHANGE**
ARMY & AIR FORCE EXCHANGE
SERVICE Attn: EEO
P.O. Box 650077
Dallas, Texas 75265-0077

EEO Office						September 17, 2025

SUBJECT: Notice of Final Agency Decision - Nakya Lawrence v. Pete Hegseth, Secretary of Defense (AAFES No. 25.021)

Ms. Nakya Lawrence
3014 Kansas Dr.
Bellevue, NE. 68005
Email: NAKYALAWRENCE132002@GMAIL.COM

Forwarded is the final decision in the matter of your Equal Employment Opportunity (EEO) complaint of discrimination filed on April 25, 2025.

*[signature]*

JULIE HUMPHREY				Encl
EEO Analyst

EXHIBIT A