IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NAKYA LAWRENCE CLAYTON, an individual;<br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>PETE HEGSETH, Secretary of Defense;<br><br><br>Defendant. | **8:25CV715**<br><br><br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Plaintiff filed a Complaint on December 12, 2025 (Filing No. 1) and requested summons on December 15, 2025. (Filing No. 2, Filing No. 4). The summons was issued on December 15, 2025. (Filing No. 5). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on any defendant and none of the defendants have voluntarily appeared.

Accordingly, IT IS ORDERED that Plaintiff shall have until April 10, 2026 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure

4(m), or take appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 31st day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge