IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NAKYA LAWRENCE CLAYTON, | |
| Plaintiff, | **8:25CV715** |
| v. | |
| PETE HEGSETH, Secretary of Defense, | **ORDER** |
| Defendant. | |

This matter is before the Court on the magistrate judge's[1] Findings and Recommendation of April 13, 2026 (Filing No. 7), recommending that plaintiff Nakya Lawrence Clayton's ("Clayton") complaint be dismissed in its entirety. Pursuant to 28 U.S.C. § 636(b)(1), Clayton had fourteen days to object. She has not. *See* Fed. R. Civ. P. 72(a); NECivR 72.2.

Section 636(b)(1) "provide[s] for *de novo* review only when a party object[s] to the magistrate's findings or recommendations." *Peretz v. United States*, 501 U.S. 923, 939 (1991). "[T]he failure to file objections eliminates not only the need for *de novo* review, but *any* review by the district court." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1995). Because no objections have been received,

IT IS ORDERED:

1.    The magistrate judge's Findings and Recommendation (Filing No. 7) are accepted, and any objections are deemed waived.

2.    Clayton's complaint is dismissed with prejudice.

---

[1]The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

Dated this 9th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge